Nossaman LLP
John T. Hansen (CA34639)
jhansen@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank, a Georgia Banking Corporation, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank, a Georgia Banking Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MHG CASA MADRONA HOTEL, LLC, a Georgia Limited Liability Company,<br><br>    Defendant. | Case No:   CV 09-1895 PJH<br><br>**[PROPOSED] ORDER CONFIRMING APPOINTMENT OF RECEIVER AND GRANTING PRELIMINARY INJUNCTION** |

    The motion of the plaintiff for an order confirming the appointment of the receiver and for a preliminary injunction came on before the undersigned on order to show cause on June 3, 2009.  John T. Hansen, Nossaman, LLP, appeared for the plaintiff.  There were no other appearances.  The Court finds, based on the declaration of John T. Hansen, that adequate notice of the order to show cause hearing was provided to defendant and that known creditors of the defendant were also served with notice.  The Court further finds that Kyle Green, the receiver appointed by the court, has qualified to serve as receiver by filing his bond and oath of office. The Court received no opposition to the motion.

1    Wherefore, good cause having been shown,

2    IT IS ORDERED that the appointment of Kyle Green as the receiver of the real and
3 personal property of the defendant is confirmed.

4    IT IS FURTHER ORDERED that the Temporary Restraining Order in Aid of Receiver
5 entered herein on May 1, 2009, shall be deemed a preliminary injunction pursuant to Rule
6 65(a), F. R. Civ. P.

8  Dated: 06/11/09  _____
9                   Hon. Phyllis J. Hamilton
                    United States District Judge

