Nossaman LLP
John T. Hansen (CA34639)
jhansen@nossaman.com
James H. Vorhis (CA245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION,
as receiver of Integrity Bank,
a Georgia Banking Corporation,
Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank, a Georgia Banking Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MHG CASA MADRONA HOTEL, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | Case No:   CV 09 1895 (PJH)<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF**<br>AND ORDER<br><br>Date: August 6, 2009<br>Time: 2:30 p.m.<br>Courtroom 5, 17th Floor |

239550_1.DOC

CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF

1  Plaintiff Federal Deposit Insurance Corporation files this abbreviated case management
2 statement and recommends that the case management conference be continued for 60 days.
3 Defendant has not answered the complaint, nor otherwise appeared in this action.

4  This is an action for appointment of a receiver and related injunctive relief pending a
5 nonjudicial foreclosure proceeding with respect to the Casa Madrona Hotel located in
6 Sausalito, California.  A trustee's sale under the 2007 deed of trust securing defendants' notes
7 has been noticed for August 11, 2009.

8  Assuming the sale is held as noticed, that event will shortly bring to and end the
9 necessity for maintaining this action.  The receiver can then file his final accounting, obtain the
10 court's approval of it, and the action can be dismissed or a final judgment entered.

11  Under the circumstances, it appears that little can be accomplished at the currently
12 scheduled case management conference, and plaintiff therefore recommends that the case
13 management conference be continued for 60 days.

15 Dated:  July 29, 2009  Nossaman LLP
   John T. Hansen
16 James H. Vorhis

18 By:  /s/ John T. Hansen
   John T. Hansen
19 FEDERAL DEPOSIT INSURANCE CORPORATION,
   as receiver of Integrity Bank, a Georgia Banking
20 Corporation

23 CASE MANAGEMENT CONFERENCE
   IS CONTINUED TO 10/29/09 AT 2:30
24 P.M.  A JOINT CASE MANAGEMENT
   CONFERENCE STATEMENT SHALL
25 BE FILED BY 10/22/09.



IT IS SO ORDERED
Judge Phyllis J. Hamilton

239550_1.DOC

CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111.

On July 29, 2009, I served the foregoing **CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF** on parties to the within action as follows:

X   (By U.S. Mail)  On the same date, at my said place of business, a true copy thereof enclosed in a sealed envelope, addressed as shown on the attached service list  was placed for collection and mailing following the usual business practice of my said employer.  I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

☐   (By Facsimile)  I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet.  Said transmission was reported complete and without error.  A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

☐   (By Overnight Service)  I served a true and correct copy by overnight delivery service for delivery on the next business day.  Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

☐   (By Electronic Service)  By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list.  The document(s) was/were served electronically and the transmission was reported as complete and without error.

Executed on July 29, 2009.

☐   (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X   (FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Enica C. Allen<br>Enica C. Allen

## **SERVICE LIST**

MHG Casa Madrona Hotel, LLC
Attention:  Guy Mitchell, President
4763 Southwest 82nd Street
Miami, Florida  33143

Tracy Green
Wendel, Rosen, Blade & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

Troutman Sanders, LLP
Attention:  John E. Bruehner
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia  30308

Richard A. Rogan
Jefers, Mangels, Butler & Marmano LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA  94111