Nossaman LLP
John T. Hansen (CA34639)
jhansen@nossaman.com
James H. Vorhis (CA245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION,
as receiver of Integrity Bank,
a Georgia Banking Corporation,
Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank, a Georgia Banking Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MHG CASA MADRONA HOTEL, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | Case No:   CV 09 1895 (PJH)<br><br>**SECOND CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF**<br>AND ORDER<br><br>Date: October 29, 2009<br>Time: 2:30 p.m.<br>Courtroom 3<br>1301 Clay Street<br>Oakland, California |

241881_1.DOC

Plaintiff Federal Deposit Insurance Corporation ("FDIC") files this second case management statement and recommends that the case management conference be continued for 60 days. Defendant has not answered the complaint, nor otherwise appeared in this action.

On August 10, 2009, the Defendant, MHG Casa Madrona Hotel, LLC filed a petition for relief under Chapter 11 of the Bankruptcy Code. A copy of the notice of commencement of bankruptcy case is attached hereto. The commencement of the bankruptcy case has automatically stayed this action. 11 U.S.C. §362(a).

On October 8, 2009, the bankruptcy court appointed a chapter 11 trustee to take possession of the assets of the debtor's estate. The receiver appointed by this court is in the process of turning over the property of which he has custody to the bankruptcy trustee. A final hearing has been scheduled in the bankruptcy court for November 12, 2009, on the FDIC's motion for relief from the automatic stay or in the alternative to dismiss the bankruptcy case. The outcome of that hearing will determine whether this action may continue or shall be dismissed.

Under the circumstances, and plaintiff recommends that the case management conference again be continued for 60 days.  The case management conference is continued to December 17, 2009 at 2:00 p.m.

Dated: October 20, 2009

Nossaman LLP
John T. Hansen
James H. Vorhis


By: _____/s/ John T. Hansen_____
    John T. Hansen
FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver of Integrity Bank, a Georgia Banking Corporation

IT IS SO ORDERED
Judge Phyllis J. Hamilton

10/23/09

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/10/2009 at 7:04 PM and filed on 08/10/2009.

**MHG Casa Madrona Hotel, LLC**
8370 W. Flagler Street
Miami, FL 33144-2078
Tax ID / EIN: 20-2599890



The case was filed by the debtor's attorney:

**Tracy Green**
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94607
(510) 834-6600

The case was assigned case number 09-12536.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 99 South "E" Street, Santa Rosa, CA 95404.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gloria L. Franklin
Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111.

On October 20, 2009, I served the foregoing **SECOND CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF** on parties to the within action as follows:

[X] (By U.S. Mail) On the same date, at my said place of business, a true copy thereof enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

[ ] (By Facsimile) I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet. Said transmission was reported complete and without error. A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

[ ] (By Overnight Service) I served a true and correct copy by overnight delivery service for delivery on the next business day. Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

[ ] (By Electronic Service) By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list. The document(s) was/were served electronically and the transmission was reported as complete and without error.

Executed on October 20, 2009.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                            /s/ Maura Bonal
                                                           Maura Bonal

## SERVICE LIST

MHG Casa Madrona Hotel, LLC
Attention: Guy Mitchell, President
4763 Southwest 82nd Street
Miami, Florida  33143

Tracy Green
Wendel, Rosen, Blade & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

Troutman Sanders, LLP
Attention: John E. Bruehner
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia  30308

Richard A. Rogan
Jefers, Mangels, Butler & Marmano LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA  94111