| | |
|---|---|
| 1 | Nossaman LLP |
| 2 | John T. Hansen (CA34639)<br>jhansen@nossaman.com |
| 3 | James H. Vorhis (CA245034)<br>jvorhis@nossaman.com |
| 4 | 50 California Street, 34th Floor<br>San Francisco, CA 94111 |
| 5 | Telephone: 415.398.3600<br>Facsimile:  415.398.2438 |

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION,
as receiver of Integrity Bank,
a Georgia Banking Corporation,
Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank, a Georgia Banking Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MHG CASA MADRONA HOTEL, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | Case No:   CV 09 1895 (PJH)<br><br>**FOURTH CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF** AND ORDER<br><br>Date: February 18, 2010<br>Time: 2:00 p.m.<br>Courtroom 3<br>1301 Clay Street<br>Oakland, California |

245194_1.DOC

FOURTH CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF

1 | Plaintiff Federal Deposit Insurance Corporation ("FDIC") files this fourth case
2 | management statement and recommends that the case management conference be continued
3 | for 60 days. Defendant has not answered the complaint, nor otherwise appeared in this action.
4 | On August 10, 2009, the Defendant, MHG Casa Madrona Hotel, LLC filed a petition for
5 | relief under Chapter 11 of the Bankruptcy Code. The commencement of the bankruptcy case
6 | automatically stayed this action. 11 U.S.C. §362(a). On January 14, 2010, the bankruptcy
7 | court granted the FDIC's renewed motion for relief from the stay, and on February 2, 2010, the
8 | property securing the defendant's obligation to the FDIC, namely the Casa Madrona Hotel in
9 | Sausalito, California, was sold at a trustee's sale pursuant to the FDIC's deed of trust. The
10 | purchaser of the hotel has now taken possession of the property that is the subject of this
11 | receivership.
12 | The FDIC has requested that the receiver file a final accounting with this court and,
13 | upon approval of that accounting, will move the court to discharge the receiver and dismiss the
14 | case. Counsel for the receiver has informed the undersigned that the receiver intends to file
15 | his final accounting shortly.
16 | Under the circumstances, and plaintiff recommends that the case management
17 | conference again be continued for 60 days. The case management conference is continued to 4/15/10 at 2:00 p.m.
18 |
19 | Dated: February 11, 2010           Nossaman LLP
20 |                                    John T. Hansen
                                       James H. Vorhis
21 |
22 |                                    By:    /s/ John T. Hansen
23 |                                           John T. Hansen
                                       FEDERAL DEPOSIT INSURANCE CORPORATION,
24 |                                    as receiver of Integrity Bank, a Georgia Banking
                                       Corporation



2/16/10

245194_1.DOC                            1
FOURTH CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF

# CERTIFICATE OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, CA 94111.

On February 11, 2010, I served the foregoing **FOURTH CASE MANAGEMENT CONFERENCE STATEMENT OF PLAINTIFF** on parties to the within action as follows:

X   (By U.S. Mail) On the same date, at my said place of business, a true copy thereof enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

Executed on February 11, 2010.

X   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Sally Gifford_
Sally Gifford

245194_1.DOC                    1
PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Guy Mitchell, President<br>P.O. Box 56-5335<br>Miami, FL 33256 | Troutman Sanders, LLP<br>Attention: John E. Bruehner<br>600 Peachtree St., N.E., Suite 5200<br>Atlanta, Georgia 30308 |
| Tracy Green<br>Wendel, Rosen, Blade & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | Richard A. Rogan<br>Jefers, Mangels, Butler & Marmano LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 |

245194_1.DOC                                  2
PROOF OF SERVICE