JEFFER, MANGELS, BUTLER & MARMARO LLP
RICHARD A. ROGAN (Bar No. 67310), rrogan@jmbm.com
JUAN M. GALVAN (Bar No. 256647), JMG@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Receiver KYLE GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Integrity Bank, a Georgia Banking Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MHG CASA MADRONA HOTEL, LLC a Georgia Limited Liability Company,<br><br>Defendant. | CASE NO.   CV 09-1895 PJH<br><br>[~~PROPOSED~~] ORDER APPROVING RECEIVER'S FINAL ACCOUNT AND REPORT, DISCHARGE OF RECEIVER AND EXONERATION OF RECEIVER'S BOND AND APPROVAL OF COMPENSATION AND EXPENSES OF RECEIVER AND HIS COUNSEL<br><br>Date: March 24, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 3<br>Hon. Phyllis J. Hamilton |

The Motion of Receiver Kyle Green (the "Receiver") for an Order Approving Receiver's Final Account and Report, Discharge of the Receiver, Exoneration of the Receiver's Bond, and Approval of Compensation and Expenses of the Receiver and his Counsel (the "Motion") came on regularly for hearing after notice pursuant to Rule 66-6 of the Local Rules of the United States District Court for the Northern District of California, to every person or entity known to the Receiver to have a substantial, unsatisfied claim at 9:00 a.m. on March 24, 2010, Honorable Phyllis J. Hamilton, presiding. The Court, having been advised in the premises, and good cause appearing,

///

///

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Receiver is hereby discharged from all duties, obligations and responsibilities with respect to MHG Casa Madrona Hotel, LLC.

3. The Receiver's Final Account and Report is hereby approved.

4. The Receiver's bond is hereby exonerated.

5. The fees and costs incurred by the Receiver from the inception of Receivership through the disbursement of funds as set forth in this Order are hereby approved as requested in the Motion in the sum of $60,996.08 for services rendered through October 31, 2009; together with the fees and costs of the Receiver in bringing this motion and disbursing funds as set forth herein, which also are approved in a sum not to exceed $3,000.00. The Receiver is further authorized and directed to forthwith disburse said sums to the Receiver or his nominee out of the Receivership estate.

6. The fees and costs incurred by the Receiver's counsel, Jeffer, Mangels, Butler & Marmaro LLP as set forth in this Order are hereby approved as requested in the Motion in the sum of $27,877.37, less amounts previously paid, for services and costs rendered through February 9, 2010, together with the fees and costs incurred in bringing this motion and disbursing funds as set forth herein in an amount not to exceed $3,000.00, which also are approved. The Receiver is further authorized and directed to forthwith disburse said sums to Jeffer, Mangels, Butler & Marmaro LLP out of the Receivership estate.

7. The Receiver is further ordered to disburse forthwith all sums remaining in the possession of the Receiver after payment of the administrative expenses approved above to Plaintiff.

3/24/10

*** END OF ORDER ***

IT IS SO ORDERED

Judge Phyllis J. Hamilton